FRANK M. RILEY, trustee, respondent,

*v.*

FRANCIS R. FITHIAN, appellant.

[Filed March 11th, 1903.]

On appeal from an order advised by Vice-Chancellor Grey, whose opinion is reported in *19 Dick. Ch. Rep. 259.*

PER CURIAM.

The order appealed from is affirmed, for the reasons given in the opinion of Vice-Chancellor Grey, rendered in the court below.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, VREDENBURGH, VROOM, GREEN—12.

*For reversal*—None.